IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02377-PAB

CLINTON J. DAWSON and
JANELL DAWSON,

    Plaintiffs,

v.

U.S. BANK, N.A., as successor trustee to
BANK OF AMERICA, as successor trustee for the
C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB4,

    Defendant.

## ORDER

This matter is before the Court on plaintiff's response [Docket No. 6] to the Court's Order to Show Cause [Docket No. 5] and plaintiff's Notice of Dismissal Without Prejudice [Docket No. 7]. Being satisfied that cause has been shown and that the Court has subject-matter jurisdiction over this case, it is

**ORDERED** that the Order to Show Cause [Docket No. 5] is hereby discharged. It is further

**ORDERED** that this case is dismissed without prejudice.

DATED November 8, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge